```
 1  ALAN J. LAZARUS (State Bar No. 129767)
    KRISTA L. COSNER (State Bar No. 213338)
 2  DRINKER BIDDLE & REATH LLP
    50 Fremont Street, 20th Floor
 3  San Francisco, California 94105
    Telephone: (415) 591-7500
 4  Facsimile: (415) 591-7510
 5  Attorneys for Defendant
    SMITHKLINE BEECHAM CORPORATION d/b/a
 6  GLAXOSMITHKLINE
```

**ORIGINAL FILED**

MAY 27 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES KING; LORENA LAGRANGE; JULIA T. LARY; JUDY LAWS; BRENDA A. LAY; JOYCE M. LEBLANC; DON LESTER; VIRGIL R. LEWIS; RUTH MALVEAUX; THELMA MATOY; LLOYD MCCARROLL; RUBY MCKEE; PHILLIS MCMULLEN; NECIE MEREDITH; MITZI M. MERRITT; GARY H. MILBY; NELLIE MORGAN; CARL MORRIS; ANN MORROW; THOMAS NABERS,<br><br>Plaintiffs,<br><br>v.<br><br>SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE and McKESSON CORPORATION,<br><br>Defendants. | Case No.  08  2660<br><br>**DEMAND FOR JURY TRIAL** |

Defendant SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE hereby demands trial by jury in this action.

///

///

///

1  Dated: May 27, 2008

DRINKER BIDDLE & REATH LLP

*[signature]*
KRISTA L. COSNER

Attorneys for Defendant
SMITHKLINE BEECHAM
CORPORATION d/b/a
GLAXOSMITHKLINE

2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\400721\1

DEMAND FOR JURY TRIAL                    2                    CASE NO.