ALAN J. LAZARUS (State Bar No. 129767)
KRISTA L. COSNER (State Bar No. 213338)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

Attorneys for Defendant
SMITHKLINE BEECHAM CORPORATION d/b/a
GLAXOSMITHKLINE

ORIGINAL FILED

MAY 2 7 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES KING; LORENA LAGRANGE; JULIA T. LARY; JUDY LAWS; BRENDA A. LAY; JOYCE M. LEBLANC; DON LESTER; VIRGIL R. LEWIS; RUTH MALVEAUX; THELMA MATOY; LLOYD MCCARROLL; RUBY MCKEE; PHILLIS MCMULLEN; NECIE MEREDITH; MITZI M. MERRITT; GARY H. MILBY; NELLIE MORGAN; CARL MORRIS; ANN MORROW; THOMAS NABERS, <br><br> Plaintiffs, <br><br> v. <br><br> SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE and McKESSON CORPORATION, <br><br> Defendants. | Case No. <br><br> **DISCLOSURE STATEMENT OF GLAXOSMITHKLINE** <br> [F.R.C.P. 7.1] |

The undersigned, counsel of record for Defendant, SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE, furnishes the following in compliance with Federal Rule of Civil Procedure 7.1.

GlaxoSmithKline plc, a publicly traded company, is the ultimate parent corporation, through several levels of wholly owned subsidiaries, of defendant,

1 SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE. No
2 publicly held company owns ten percent or more of the stock of GlaxoSmithKline plc.

4 Dated: May 27, 2008                    DRINKER BIDDLE & REATH LLP

                                        _____
                                        KRISTA L. COSNER

                                        Attorneys for Defendant
                                        SMITHKLINE BEECHAM
                                        CORPORATION d/b/a
                                        GLAXOSMITHKLINE

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\400723\1