Inasmuch as no objection is pending at this time, the stay is lifted.

JUL - 7 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATED: 7-10-08
ATTEST: Tom Dempsey
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 13 2008

FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: AVANDIA MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION                                    MDL No. 1871

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-20)

On October 16, 2007, the Panel transferred two civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 528 F.Supp.2d 1339 (J.P.M.L. 2007). Since that time, 164 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Cynthia M. Rufe.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Rufe.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of October 16, 2007, and, with the consent of that court, assigned to the Honorable Cynthia M. Rufe.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A CERTIFIED TRUE COPY

IN RE: AVANDIA MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

MDL No. 1871

## SCHEDULE CTO-20 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**             **CASE CAPTION**

ALABAMA SOUTHERN
   ALS  1  08-268        Sharron Edwards, et al. SmithKline Beecham Corp.
   ALS  1  08-269        Linda Jones, et al. v. SmithKline Beecham Corp.
   ALS  1  08-270        Carolyn Knight v. SmithKline Beecham Corp.
   ALS  1  08-271        William Hanekamp, et al. v. SmithKline Beecham Corp.

CALIFORNIA CENTRAL
   CAC  2  08-3372       Lynel Dixon v. SmithKline Beecham Corp.
   CAC  2  08-3472       Cassandra Woehr, etc. v. SmithKline Beecham Corp., et al.
   CAC  2  08-3474       Linda Baldwin v. SmithKline Beecham Corp., et al.

CALIFORNIA NORTHERN
   CAN  3  08-2659       Harold Douglas Edwards, et al. v. SmithKline Beecham Corp., et al.
   CAN  3  08-2660       James King, et al. v. SmithKline Beecham Corp., et al.
   CAN  3  08-2661       Randy Nabers, et al. v. SmithKline Beecham Corp., et al.
   CAN  3  08-2662       Mary Louise Abbott, et al. v. SmithKline Beecham Corp., et al.
   CAN  3  08-2664       Kathryn Brown, et al. v. SmithKline Beecham Corp., et al.
   CAN  3  08-2665       Doris E. Secord, et al. v. SmithKline Beecham Corp., et al.
   CAN  3  08-2666       Allen Williams, et al. v. SmithKline Beecham Corp., et al.
   CAN  3  08-2667       David Compton, et al. v. SmithKline Beecham Corp., et al.
   CAN  4  08-2574       Rosena Perkins, et al. v. SmithKline Beecham Corp., et al.

KENTUCKY EASTERN
   KYE  5  08-217        Robert Yates, etc. v. SmithKline Beecham Corp.

KENTUCKY WESTERN
   KYW  3  08-279        Adam Troy Williams v. SmithKline Beecham Corp.

LOUISIANA EASTERN
   LAE  2  08-3496       Carolyn M. Gracia v. SmithKline Beecham Corp.
   LAE  2  08-3515       Donald Boman, Sr. v. SmithKline Beecham Corp.
   LAE  2  08-3516       Clarence Barra, et al. v. SmithKline Beecham Corp.
   LAE  2  08-3517       Richard Woodford, et al. v. SmithKline Beecham Corp.
   LAE  2  08-3518       Elbert Buckley, etc. v. SmithKline Beecham Corp.
   LAE  2  08-3519       Peggy Johnson, etc. v. SmithKline Beecham Corp.
   LAE  2  08-3520       Edward Fast, et al. v. SmithKline Beecham Corp.
   LAE  2  08-3521       George H. Gurtner v. SmithKline Beecham Corp.
   LAE  2  08-3522       Allen LeBlue, et al. v. SmithKline Beecham Corp.
   LAE  2  08-3523       Allen Fabre, Sr., et al. v. SmithKline Beecham Corp.
   LAE  2  08-3528       Preston Honor, et al. v. SmithKline Beecham Corp.
   LAE  2  08-3529       Ronald Plaisance, et al. v. SmithKline Beecham Corp.

| **DIST. DIV. C.A. #** | **CASE CAPTION** |
|---|---|
| **LOUISIANA MIDDLE** | |
| LAM  3  08-309 | Gerald Acosta v. SmithKline Beecham Corp. |
| LAM  3  08-312 | Robin Hasten, et al. v. SmithKline Beecham Corp. |
| **LOUISIANA WESTERN** | |
| LAW  2  08-709 | Lawrence Brown, et al. v. SmithKline Beecham Corp. |
| LAW  6  08-702 | Clara Touchet, etc. v. SmithKline Beecham Corp. |
| LAW  6  08-704 | Vergie Jones, etc. v. SmithKline Beecham Corp. |
| **MARYLAND** | |
| MD  1  08-1313 | Don Thomas v. SmithKline Beecham Corp. |
| **MINNESOTA** | |
| MN  0  08-1463 | Jimmie Thomas, et al. v. SmithKline Beecham Corp. |
| **NEW YORK WESTERN** | |
| ~~NYW  1  08-386~~ | ~~Renee Mick, etc. v. GlaxoSmithKline PLC, et al.~~   Opposed 7/3/08 |
| **TENNESSEE MIDDLE** | |
| TNM  3  08-509 | Regald Swauncy v. SmithKline Beecham Corp. |
| **TEXAS NORTHERN** | |
| TXN  6  08-22 | Odis Sparks v. SmithKline Beecham Corp. |
| **TEXAS SOUTHERN** | |
| TXS  4  08-1559 | Jackie Chalmers v. SmithKline Beccham Corp. |
| TXS  4  08-1592 | Jacqueline Alsobrook v. SmithKline Beecham Corp. |
| TXS  4  08-1594 | Angela C. Trent v. SmithKline Beecham Corp. |
| TXS  4  08-1599 | Billy Carroll Tetleton v. SmithKline Beecham Corp. |
| TXS  4  08-1602 | Jacqueline Taylor v. SmithKline Beecham Corp. |
| TXS  4  08-1603 | Gerald Gifford v. SmithKline Beecham Corp. |
| TXS  4  08-1605 | Ernest Marvin Littleton v. SmithKline Beecham Corp. |
| TXS  4  08-1606 | Tom Kirk v. SmithKline Beecham Corp. |
| TXS  4  08-1608 | John T. Kiddy v. SmithKline Beecham Corp. |
| TXS  4  08-1609 | Tonia Honeycutt v. SmithKline Beecham Corp. |
| TXS  4  08-1610 | Joyce R. Grant v. SmithKline Beecham Corp. |
| TXS  4  08-1613 | John C. Hacker v. SmithKline Beecham Corp. |
| TXS  4  08-1614 | Ralph S. DeArmond v. SmithKline Beecham Corp. |
| TXS  4  08-1616 | Michael W. Bishop v. SmithKline Beecham Corp. |