**RECEIVED**
AUG 1 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT**
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

July 16, 2008

USDC for the Eastern District of Pennsylvania
US Court House
601 Market Street
Philadelphia 19106-1797

RE: CV 08-02660 SI   JAMES KING-v-SMITHKLINE BEECHAM   08-3538
7-28-08

Dear Clerk,

Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

- ☐ Certified copy of docket entries.
- ☐ Certified copy of Transferral Order.
- ☐ Original case file documents.
- ☒ Please access the electronic case file for all pleadings you may need.

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,
RICHARD W. WIEKING, Clerk

/s/

by: Yumiko Saito
Case Systems Administrator

Enclosures
Copies to counsel of record