DONALD F. ZIMMER, JR. (State Bar No. 112279)
BRENDA N. BUONAIUTO (State Bar No. 173919)
KING & SPALDING LLP
Four Embarcadero Center
Suite 3500
San Francisco, CA 94111
Telephone: (415) 318-1200
Facsimile: (415) 318-1300
Email: fzimmer@kslaw.com
       bbuonaiuto@kslaw.com

Attorneys for Defendants
SMITHKLINE BEECHAM CORPORATION, d/b/a
GLAXOSMITHKLINE and McKESSON CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES KING; LORENA LAGRANGE; JULIA T. LARY; JUDY LAWS; BRENDA A. LAY; JOYCE M. LEBLANC; DON LESTER; VIRGIL R. LEWIS; RUTH MALVEAUX; THELMA MATOY; LLOYD MCCARROLL; RUBY MCKEE; PHILLIS MCMULLEN; MECIE MEREDITH; MITZI M. MERRITT; GARY H. MILBY; NELLIE MORGAN; CARL MORRIS; ANN MORROW; THOMAS NABERS,<br><br>            Plaintiffs,<br><br>       v.<br><br>SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE and MCKESSON CORPORATION,<br><br>            Defendants. | Case No. CV-08-02660-SI<br><br>NOTICE OF SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER APPROVING SUBSTITUTION |

1  TO THE COURT AND PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:

2       Please take notice that defendants SMITHKLINE BEECHAM CORPORATION,
3  dba GLAXOSMITHKLINE and McKESSON CORPORATION (collectively
4  "Defendants") hereby substitute Donald F. Zimmer, Jr. and Brenda N. Buonaiuto of the
5  law firm of King & Spalding LLP as attorney of record in the place and stead of Alan J.
6  Lazarus and Krista L. Cosner of the law firm of Drinker Biddle & Reath LLP, 50
7  Fremont Street, 20th Floor, San Francisco, California, 94105.

8       Copies of all further notices, papers, pleadings, and orders filed or served upon
9  Defendants should be sent to the undersigned at:

```
       Donald F. Zimmer, Jr.
       Brenda N. Buonaiuto
       KING & SPALDING LLP
       Four Embarcadero Center
       Suite 3500
       San Francisco, CA 94111
       Telephone: (415) 318-1200
       Facsimile: (415) 318-1300
       dzimmer@kslaw.com
       bbuonaiuto@kslaw.com
```

17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28

2

NOTICE OF SUBSTITUTION OF COUNSEL AND                    Case No. CV-08-02660-SI
[PROPOSED] ORDER APPROVING SUBSTITUTION

Defendants have been given proper notice pursuant to Civil Local rule 11-5 and further consent to the above substitution.

DATED: February 27, 2009         SMITHKLINE BEECHAM CORPORATION, DBA GLAXOSMITHKLINE AND MCKESSON CORPORATION

By: /s/ Beth Spanninger
Beth Spanninger
Senior Counsel

I have given proper notice pursuant to Civil Local rule 11-5 and further consent to the above substitution.

DATED: February 27, 2009         DRINKER BIDDLE & REATH LLP

By: /s/ Alan J. Lazarus
Alan J. Lazarus
Krista L. Cosner

The undersigned hereby consent to this substitution and represent that they have been duly admitted to practice in this District.

DATED: February 27, 2009         KING & SPALDING LLP

By: /s/ Alan J. Lazarus
Donald F. Zimmer, Jr.

Attorneys for Defendant
SMITHKLINE BEECHAM CORPORATION, dba GLAXOSMITHKLINE and McKESSON CORPORATION

I hereby certify that Beth Spanninger and Alan Lazarus concur in the e-filing of this document.

Dated: February 27, 2009

              /s/ Donald F. Zimmer, Jr.
              Donald F. Zimmer, Jr.

4

NOTICE OF SUBSTITUTION OF COUNSEL AND
[PROPOSED] ORDER APPROVING SUBSTITUTION
    Case No. CV-08-02660-SI

1   The Court hereby approves the substitution of Donald F. Zimmer, Jr., and Brenda
2   N. Buonaiuto of the law firm of King & Spalding LLP as counsel for Defendants in the
3   place and stead of Alan J. Lazarus and Krista L. Cosner of the law firm of Drinker Biddle
4   & Reath LLP, 50 Fremont Street, 20th Floor, San Francisco, California, 94105.
5   Copies of all further notices, papers, pleadings, and orders filed or served upon
6   Defendants, should be sent to:

    Donald F. Zimmer, Jr.
    Brenda N. Buonaiuto
    KING & SPALDING LLP
    Four Embarcadero Center
    Suite 3500
    San Francisco, CA 94111
    Telephone: (415) 318-1200
    Facsimile: (415) 318-1300
    dzimmer@kslaw.com
    bbuonaiuto@kslaw.com

Dated: _____, 2009    _____
                                 Judge of the District Court